# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HOMERO REYES,<br>　　　Plaintiff(s),<br>v.<br>CARDENAS MARKETS, LLC, et al.,<br>　　　Defendant(s). | Case No. 2:23-cv-01346-RFB-NJK<br><br>**Order**<br><br>[Docket No. 8] |

A discovery plan must include "a statement of when initial disclosures were made or will be made." Fed. R. Civ. P. 26(f)(3)(A).[1] The parties' discovery plan does not comply with this rule. Accordingly, the discovery plan is **DENIED** without prejudice. An amended discovery plan must be filed by September 25, 2023.[2]

IT IS SO ORDERED.

Dated: September 19, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This is now the third time in recent weeks that defense counsel have been notified of this issue. *See also Carvajal v. Cardenas Markets, LLC*, No. 2:23-cv-01207-JAD-NJK, Docket No. 9 (D. Nev. Sept. 12, 2023); *McConnell v. Estes Express Lines, Inc.*, No. 2:23-cv-01227-GMN, NJK, Docket No. 10 (D. Nev. Aug. 11, 2023). Counsel are urged to update their discovery plan forms to ensure compliance with this rule moving forward.

[2] Defendant Elias Properties has recently accepted service and appears to be represented by the same counsel as Cardenas. *See* Docket No. 9. Given these circumstances, the amended discovery plan must either be signed by Elias Properties or make clear that the deadlines set therein apply to later appearing parties.

1