**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC; Elias Properties of
Las Vegas, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Homero Reyes,<br><br>                Plaintiff,<br><br> vs.<br><br>Doe Employee, individually; Cardenas Markets, LLC, a Foreign Limited-Liability Company; Elias Properties of Las Vegas, LLC, a Foreign Limited-Liability Company; Doe Individuals I-X and Roe Legal Entities I-X, inclusive,<br><br>                Defendants. | Case No.: 2:23-cv-1346<br><br>**Stipulation and Order To Continue Close of Discovery Deadline**<br><br>**(2nd Request)** |

Pursuant to Federal Rule of Civil Procedure 29(b) and Local Rules IA 6-1, 7-1 and 26-3, the parties hereby submit the following Stipulation and Order to Continue Discovery Deadlines (Third Request) to extend close of discovery, as set forth the order granting the parties' discovery plan (ECF No. 33) for 30 days.

**I.  Discovery Completed To Date**

    **a.** Plaintiff's Written Disclosures of Witnesses and Documents;

    **b.** Defendant's Written Disclosures of Witnesses and Documents;

    **c.** Written Discovery (Request for Production of Documents and Written Interrogatories) to Plaintiff;

297419274v.1

     **d.** Written Discovery (Request for Production of Documents and Written Interrogatories) to Defendants.

     **e.** Rule 35 Examination on January 12, 2024.

     **f.** Site Inspection of Defendants' Premises on February 14, 2024.

     **g.** Deposition of Claudia Leiva on April 12, 2024.

     **h.** Deposition of Sonia Ortiz on May 8, 2024.

**II. Discovery Remaining**

     **a.** Deposition of Plaintiff.

     **b.** Deposition of 30(b)(6) Witness.

     **c.** Deposition of witness Pedro Caballero.

     **d.** Deposition of Dr. Dan Lee.

     **e.** Deposition of Dr. Saman Hazany.

     **f.** Deposition of Dr. David Fish.

     **g.** Deposition of John Peterson

     **h.** Deposition of Gretchen Bakkenson

**III. Reasons for Requested Extension**

The parties would like an additional 30 days in order to finish the listed depositions in this case. This case involves a slip and fall in the dining area of a Cardenas Market. In his interrogatory responses, Plaintiff stated that he was experiencing daily lower back pain. On February 8, 2023, Plaintiff's counsel provided Cardenas' insurer with medical records in a demand letter. Those records revealed a November 3, 2022 appointment with Nevada Orthopedic and Spine Center stating that Plaintiff was "miserable," that conservative care did not help much and that he was a candidate for an anterior fusion at L5-S1.

The Court entered a discovery order on September 21, 2023[1] (originally, on September 8, 2023, the parties requested a special scheduling order because they wanted more time to see if Plaintiff gets his recommended surgery.)[2] The parties have been conducting discovery in earnest,

---

[1] ECF No. 12
[2] ECF No. 8.

297419274v.1

first exchanging written discovery, conducting a Rule 35 examination of Plaintiff, conducting a site inspection of the Cardenas store and taking fact witness depositions. Plaintiff has still considering getting the fusion surgery though. This has led to a delay in taking expert depositions, because the parties wanted to see if there would be finality on this issue before the experts were asked to testify on the record about their opinions.

Cardenas will be taking Plaintiff's deposition on June 6, 2024 regarding these issues. There is still one fact witness deposition remaining, as well as expert depositions. The parties have attempted to schedule all of these depositions prior to the close of discovery. Plaintiff has set the deposition of Dr. David Lee for June 10, 2024 and Dr. Saman Hazany for June 20, 2024. However, Cardenas' pain management expert could not be available on a date that coincides with counsel's availability until July 16, 2024. The parties are also still working on finding dates for Plaintiff's safety expert John Peterson, Cardenas' 30(b)(6) witness, percipient witness Pedro Caballero and Cardenas' life care plan rebuttal expert. Defense counsel has limited availability in June due to depositions that cannot be moved because the case is culminating in a private mediation occurring July 8 (JAMS No. 5260000226). The parties have made shown a good faith effort to finish these depositions before the June 21 deadline, but availability of witnesses and counsel does not make finishing all of them before the deadline feasible. Thus the parties are requesting a reasonable 30-day extension to finish the depositions in this case.

**IV.    Current Dates and Requested Extensions**

| Event | Current Date | Proposed Date |
|---|---|---|
| Last Date to Add Parties or Amend Complaint | March 27, 2024 | CLOSED |
| Last Date to Disclose Initial Expert Witnesses | April 26, 204 | CLOSED |
| Last Date to Disclose Rebuttal Expert Witnesses | May 24, 2024 | CLOSED |
| Close of Discovery | June 21, 2024 | July 19, 2024 |
| Dipositive Motions | July 19, 2024 | August 16, 2024 |
| Pre-Trial Order | August 19, 2024 | September 13, 2024 |

| | |
|---|---|
| **HOUSE OF LAW** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER** |
| By */s/ Adam Ellis, Esq.* <br> BRADLEY S. MAINOR <br> Nevada Bar No. 7434 <br> ADAM ELLIS, ESQ. <br> Nevada Bar No. 14514 <br> TAYLOR K. CALMELAT, ESQ. <br> Nevada Bar No. 16681 <br> MAINOR ELLIS, LLC <br> 8367 W. Flamingo Road, Suite 200 <br> Las Vegas, NV 89147 <br> *Attorneys for Plaintiff* | By */s/ Jonathan Pattillo, Esq.* <br> Michael P. Lowry, Esq. <br> Nevada Bar No. 10666 <br> Jonathan C. Pattillo, Esq. <br> Nevada Bar No. 13929 <br> 6689 Las Vegas Blvd. South Ste. 200 <br> Las Vegas, NV 89119 <br> *Attorneys for Defendants* |
| **HOUSE OF LAW** | |
| By */s/ Daniela Hadges, Esq.* <br> Daniela Madrid Hadges, Esq. <br> Nevada Bar No. 13530 <br> HOUSE OF LAW <br> 11920 Southern Highlands Pkwy Ste. 200 <br> Las Vegas, NV 89141 <br> *Attorneys for Plaintiff* | |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

DATED June 3, 2024

IT IS SO ORDERED

_____
**UNITED STATES MAGISTRATE JUDGE NANCY J. KOPPE**

-4-

297419274v.1