WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC; Elias Properties
of Las Vegas, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Homero Reyes,<br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Doe Employee, individually; Cardenas Markets, LLC, a Foreign Limited-Liability Company; Elias Properties of Las Vegas, LLC, a Foreign Limited-Liability Company; Doe Individuals I-X and Roe Legal Entities I-X, inclusive,<br>　　　　　　Defendants. | Case No.: 2:23-cv-1346<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No trial date was scheduled in this matter.

| | |
|---|---|
| MAINOR ELLIS LLP<br><br>BY: */s/ Adam Ellis*<br>ADAM ELLIS<br>Nevada Bar No. 14514<br>Attorneys for Plaintiff | WILSON ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>BY: */s/ Jonathan Pattillo, Esq.*<br>JONATHAN C. PATTILLO,<br>Nevada Bar No. 13929<br>Attorneys for Cardenas Markets, LLC; Elias Properties of Las Vegas, LLC |
| **DATED:** October 2, 2024 | It is so ordered.<br><br>_____<br>UNITED STATES DISTRICT JUDGE |

1

298462232v.1